JS-6

```
DOLL AMIR & ELEY LLP
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. HAMILL (SBN 271859)
chamill@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CITIBANK, N.A., erroneously sued as
"Citibank Services Corporation"
```

FILED
CLERK, U.S. DISTRICT COURT
12-26-2013
CENTRAL DISTRICT OF CALIFORNIA
BY: LJW DEPUTY

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

BOB DAVIS,

    Plaintiff,

v.

RJM ACQUISITIONS FUNDING, LLC; CITIBANK SERVICES CORPORATION,

    Defendants.

Case No. SA 13-cv-01645-ABC-AGR
*The Hon. Audrey B. Collins*

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** AND ORDER

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

1  Plaintiff Bob Davis ("Plaintiff"), through himself, and defendants Citibank,
2  N.A. ("Citibank") and RJM Acquisitions LLC ("RJM"), through their respective
3  counsels of record, hereby stipulate to dismiss the above-captioned action with
4  prejudice.
5  The Parties have agreed that each party shall bear its own costs and fees.

7  DATED: December 23, 2013

         _____
         Plaintiff Bob Davis
         *Pro per*

13 DATED: December 23, 2013

         **DOLL AMIR & ELEY LLP**

         By: _____
         Chelsea L. Hamill
         Attorneys for Defendant CITIBANK, N.A.,
         erroneously sued as "Citibank Services
         Corporation"

21 DATED: December __, 2013

         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

         By: _____
         Stephen H. Turner
         Attorneys for Defendant RJM
         ACQUISITIONS FUNDING LLC

1  Plaintiff Bob Davis ("Plaintiff"), through himself, and defendants Citibank,
2  N.A. ("Citibank") and RJM Acquisitions LLC ("RJM"), through their respective
3  counsels of record, hereby stipulate to dismiss the above-captioned action with
4  prejudice.

5  The Parties have agreed that each party shall bear its own costs and fees.

7  DATED: December __, 2013

---
Plaintiff Bob Davis
*Pro per*

12
13  DATED: December __, 2013

**DOLL AMIR & ELEY LLP**

By: _____
Chelsea L. Hamill
Attorneys for Defendant CITIBANK, N.A.,
erroneously sued as "Citibank Services
Corporation"

21  DATED: December __, 2013

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
Stephen H. Turner
Attorneys for Defendant RJM
ACQUISITIONS FUNDING LLC

IT IS SO ORDERED
Dated December 26, 2013

_[signature]_
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On December 23, 2013, I served the foregoing document described as **JOINT STPIULATION TO DISMISS ACTION WITH PREJUDICE** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 23, 2013, at Los Angeles, California.

Erica Amin

## SERVICE LIST

By U.S. Mail
Bob Davis
3941 S. Bristol Street, #D-443
Santa Ana, CA 92704

T: (714) 209-5095
*Plaintiff in pro per*

Stephen H. Turner, Esq.
Patrik Johansson, Esq.
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

T: (213) 250-1800
F: (213) 250-7900
turner@lbbslaw.com
Johansson@lbbslaw.com
*Attorneys for Defendant, RJM Acquisitions Funding, LLC*